IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VALARIE KING-THOMPSON et al.,

    Plaintiffs,

v.                                          CASE NO. 4:13cv53-RH/CAS

JEFFERSON COUNTY SCHOOL
BOARD et al.,

    Defendants.

_____/

**PRETRIAL ORDER**

This order confirms the rulings entered at the pretrial conference on November 14, 2013. For the reasons set out on the record,

IT IS ORDERED:

1. The trial will begin on Tuesday, December 3, 2013, and is first on the docket. An attorney conference will begin at 8:15 a.m., followed immediately by jury selection and the remainder of the trial. Jury selection may be combined with one or more other cases.

2. Unless otherwise ordered before the striking of the jury begins, each side will have three peremptory challenges.

3. By November 26, a party may file a proposal for voir dire questions by the court. At the trial, a party may orally request voir dire questions by the court. After the court's voir dire, a party may ask its own voir dire questions, but they must be reasonably calculated to develop information for use in exercising cause or peremptory challenges and must *not* include questions intended solely or primarily to establish a relationship with the jurors, condition the jurors, inform the jurors of the facts or issues in the case, elicit an agreement from the jurors on the facts or law or a possible verdict, or argue the case.

4. By November 20, a party must give notice of the pages and lines of deposition testimony the party will introduce at trial. By November 22, a party so notified must give notice of any other part of the deposition the party wishes to have introduced at the same time. By November 25, a party must give notice of any objection to the introduction of deposition testimony identified under this paragraph. An objection or disagreement must be brought to the court's attention by the time of the attorney conference on the morning of jury selection. Notice under this paragraph must be given to each other party but need not be filed. Nothing in this paragraph affects the use of a deposition for impeachment of a testifying witness.

5. The plaintiffs may file by November 21 an amended exhibit list that is identical to the exhibit list filed with the pretrial stipulation except for the addition

of exhibits consisting of documents produced by the defendants in response to the October 31 order compelling discovery, ECF No. 66.

6. An exhibit offered at the trial (a) may be numbered in accordance with the exhibit list submitted as part of the pretrial stipulation or as amended under paragraph 5 above, or (b) may be numbered in accordance with a more recent exhibit list filed with the consent of all parties. The pages of an exhibit must be numbered, or other means must be readily available for identifying each page. An exhibit must not be renumbered except as authorized by this paragraph.

7. If not already done, every exhibit (or an exact copy), marked with a readily identifiable exhibit number, *must* be provided to the attorney for each other party by November 21, and must be reviewed by an attorney for each other party by November 25. A party may file a notice of additional objections to exhibits—setting out objections on grounds that first became apparent from the exchange and review of exhibits required by this paragraph—by November 26. An objection not noted in the pretrial stipulation or in a timely notice of additional objections will be deemed waived.

8. Materials that a party proposes to show the jury in opening statement must be disclosed in advance to an attorney for each other party.

9. A further hearing to address evidentiary issues or other pretrial matters will be conducted by telephone at the request of either side. A request may be made orally to the courtroom deputy clerk.

10. The consented motions to seal, ECF Nos. 85 and 95, are GRANTED. The clerk must seal ECF Nos. 79-1, 71-3, and 84-1. Any person may move to unseal the documents at any time.

11. The defendants' motion, ECF No. 92, to strike the plaintiffs' untimely trial brief, proposed jury instructions, and proposed verdict forms is GRANTED IN PART. To the extent the filing of any of these documents was necessary to preserve an issue, the issue has not been preserved.

SO ORDERED on November 15, 2013.

s/Robert L. Hinkle
United States District Judge